# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DELESTER CRANDLE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-0550-CG-MU |
| TA'ERIC SIMS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in part and **DENIED** in part, and an evidentiary hearing be scheduled to address Plaintiff's Fourteenth Amendment claims of excessive force and failure to intervene against Defendants Sims and Thompson.

This matter is referred to the Magistrate to hold an evidentiary hearing on the claims for excessive force and failure to intervene against Defendants Sims and Thompson.

**DONE and ORDERED** this 15th day of March, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE