# .IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES DELESTER CRANDLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION 16-0550-CG-MU** |
| | ) | |
| **C.O. SIMS, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT PRETRIAL DOCUMENT

### A.

### JURISDICTION AND PARTIES

There is no contest as to the jurisdiction of this Court or to the correctness of the named the named Plaintiff and remaining Defendants, Ta'Eric Sims ("Sims") and La'Tre Thompson ("Thompson").

### B.

### STATEMENT OF THE CASE

The Plaintiff was at the relevant time (September 6, 2016) an inmate in the Mobile County Metro Jail when he alleges the two Corrections Officer Defendants used excessive force and/or failed to intervene to stop the use of excessive force on him during an altercation.

### C.

### TRIABLE CLAIMS AND AFFIRMATIVE DEFENSES

The sole remaining causes of action claims against Defendants are Fourteenth Amendment excessive force/failure to intervene claims.  The essential evidentiary inquiry in such cases is the objective reasonableness of the force used given the totality of the circumstances. (See Doc 43, pp. 7-9, 17).

### D.

### TRIAL TIME

It is estimated that this action will take one (1) day to try. No jury has been requested, and the total number of witnesses is not anticipated to exceed 4-5 inclusive of the parties themselves.

### E.

### TYPE OF TRIAL

NON-JURY

### F.

### MOTIONS

Defendants anticipate a motion *in limine* directed to the lack of authentication and/or expert witness testimony necessary to render admissible Plaintiff's medical records and/or any attempts at rendering medical diagnoses or opinions therefrom.

### G.

### DEPOSITIONS

The parties do not anticipate the use of any depositions at trial apart from possible impeachment purposes.

### H.

### WITNESSES

Other than the parties themselves, Defendants expect they may call Lieutenant Tunglia Hawkins. The Plaintiff may call the treating medical providers from the date of the incident to testify as to the injuries they observed.

### I.

### DAMAGES

The Plaintiff claims $100,000 in pain, suffering, humiliation, and emotional distress.

### J.

### EXHIBITS

Defendants' exhibits are as follows:

1. Mobile County Metro Jail Use of Force Report 1335 (four pages)

2. 9/6/16 Ta'Eric Sims Officer Narrative Form (two pages)

3. Certified Copy of 2/3/2020 James Crandle Conviction for Murder in Mobile County Circuit Court, Case Number CC 2017-3964 (will be obtained)

4. Certified Copy of 10/3/2013 James Crandle Conviction for Assault 2nd in Mobile County Circuit Court, Case Number CC 2013-2154 (will be obtained)

Plaintiff specifically objects to Defendants' items 3 and 4 on ground of relevance and to the extent any such conviction does not apply in evidence against a pre-trial detainee or else that the conviction at number 3 occurred after the events at issue and while Plaintiff was a pre-trial detainee.

Plaintiff's exhibits are as follows:

1. Photos and video from the tour of the Mobile Metro Jail.

2. Narratives of both Defendant officers.

3. The personnel files of the Defendant officers.

4. The jail policy and procedure manual.

5. The report of Lt. Hawkins and disciplinary actions related thereto.

6. All reports of the incident produced by the Defendants.

7. Records produced by the Defendants relating to standard of care and impeachment.

Defendants specifically object to Plaintiff's items 3 and 5 at least to the extent that the materials contained therein lack relevance or materiality to the issue before the Court, the objective reasonableness of the force used on the occasion in question, and to the extent any such materials might be offered for any impermissible purpose such as character evidence or inadmissible alleged other acts.

## K.

## ATTORNEYS

Attorney for Plaintiff James Crandle:

Jason C. Gerth

Additional attorneys at The Watson Firm:
Aaron Watson

Attorneys for Defendants Ta'Eric Sims and La'Tre Thompson:
Michael Linder, Jr. of The Atchison Firm, P.C.

Additional attorneys at The Atchison Firm:
K. Paul Carbo
James E. Atchison
Derek Atchison
Frank G. Taylor
Jacqueline McConaha
Donald Beebe
Chris Arledge
Edgar Walsh

Respectfully submitted,

**/S/JASON C. GERTH (by permission)**
**JASON C. GERTH (GERTJ7870)**
Attorney for Plaintiff
25819 W. Perdido Avenue
Orange Beach, AL 36561
Telephone: (251) 490-7918
Email: jgerth@gerthlawpractice.com

**/S/MICHAEL M. LINDER , JR.**
**MICHAEL M. LINDER, JR. (LINDM7310)**
Attorney for Defendants
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama 36693
Telephone: (251) 665-7200
Facsimile: (251) 665-7250
Email: michael.linder@atchisonlaw.com