IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DELESTER CRANDLE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0550-MU |
| C.O. SIMS, et al., | : | |
| Defendants. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff James Delester Crandle have and take nothing from Defendants La'Tre Thompson and Ta'Eric Sims and that Plaintiff's Fourteenth Amendment excessive use of force and failure to intervene claim(s) against Sims and Thompson be **DISMISSED WITH PREJUDICE.** Crandle has failed to establish the violation of any constitutional right, and Defendants are thus entitled to qualified immunity.

**DONE** this the 1st day of September, 2020.

       P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**